Mr. Acosta,                                          4-15-15

    Greetings, I am trying to find out the Case number for a Petition for Discretionary Review. Styled, The State of Texas v. Harris Jones Thompson, Jr. Trial Court Cause number is 15,908 out of the 258th Judicial District, Polk County, Tx.

    In addition to this request, I would also like to know the date it was Filed and the date it was ruled a upon.

    Thank you in advance for your time in this matter. I pray that this information is enough to get the information I need to File my 11.07 for the first time.

Sincerely,
Harris J. Thompson Jr.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 21 2015

Abel Acosta, Clerk

Harris J. Thompson, Jr.
T.D.C.J. ID# 1062499
2664 Fm 2054
Tennessee Colony, Tx.
75886